217 P.3d 1281

# SUPREME COURT OF HAWAI'I

Kona Village Realty, Inc. v. Sunstone Realty Partners XIV, LLC 28840   09/25/2009  Dismissed   121 Hawai'i 110, 214 P.3d 1100